UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS
EASTERN DIVISION

GE BUSINESS FINANCIAL SERVICES, INC.,  )
Formerly known as Merrill Lynch Business  )
Financial Services, Inc.  )
     )
                    Plaintiff,  )
     )
   vs.  )
     )   No.    09 CV 4368
ALAN T. SCHIFFMAN and WILLIAM PETER  )
RIDGEWAY CROSS,  )
     )
                Defendants.  )

## NOTICE OF FILING

To:   John H. Anderson               Thomas J. Scannell
      Seyfarth Shaw LLP           Scannell & Associates, P.C.
      131 South Dearborn Street, Suite 2400   9901 S. Western, Suite 205
      Chicago, IL  60603           Chicago, IL 60643

     YOU ARE HEREBY NOTIFIED that on **September 9, 2009,** there was electronically filed with the Clerk of the Circuit Court of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Motion to Dismiss Plaintiff's Complaint Against Defendant William Peter Ridgeway Cross Pursuant to Federal Rule of Civil Procedure 12, and Memorandum of Law In Support of Defendant William Peter Ridgeway Cross' Motion to Dismiss Plaintiff's Complaint,** copies of which are attached hereto

*Local Counsel:*
Mark G. Poulakidas (ARDC# 6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & POULAKIDAS, LLC
Attorney for Defendant, William Peter Ridgeway Cross
200 West Adams Street, Suite 500
Chicago, Illinois 60606
3l2-332-6644

*Pro hac vice admission pending:*
Joseph Caprara
Caprara Law Offices
633 West Germantown Pike
Suite 103
Plymouth Meeting, PA 19462
(215) 616-8600

I certify that a copy of the above-indicated document was mailed to each person to whom it is directed at the address above indicated by depositing same in the U.S. Mail at 200 West Adams Street, Chicago, Illinois 60606 on September 9, 2009, with proper postage prepaid.

/s/ Mark G. Poulakidas