IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC., formerly known as Merrill Lynch Business Financial Services Inc., )<br><br>Plaintiff, )<br><br>v. )<br><br>ALAN T. SCHIFFMAN and WILLIAM PETER RIDGEWAY CROSS, )<br><br>Defendants. ) | Case No. 1:09 –cv-4368<br>Honorable Samuel Der-Yeghiayan |

## DEFENDANT ALAN T. SCHIFFMAN'S ANSWER AND AFFIRMATIVE DEFENSE TO COMPLAINT

**NOW COMES** the Defendant, Alan T. Schiffman, by and through its attorneys, Scannell & Associates, P.C. and in response to the Complaint filed by the Plaintiff, GE Business Financial Services Inc., states as follows:

1. This Defendant is without knowledge or information sufficient to form a belief as to the truth of this averment;
2. This Defendant is without knowledge or information sufficient to form a belief as to the truth of this averment;
3. This Defendant is without knowledge or information sufficient to form a belief as to the truth of this averment;
4. Admits only that the amount in controversy exceeds $75,000.00, but this Defendant is without knowledge or information sufficient to form a belief as to the truth of this averment;
5. Admit;
6. Deny;
7. Admit;
8. Admit;
9. Admit;
10. Admit;
11. Admit;
12. Admit;
13. Admit;
14. Admit;
15. Denied;
16. Denied;

17. Admit that demand for payment has been made, but denies that any money is due Plaintiff; and

18. Denied.

## AFFIRMATIVE DEFNESES

In further answering, this Defendant hereby asserts the following defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint as a whole fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint's claims are barred by *res judicata*.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred by the full faith and credit clause.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate damages.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of *laches*, waiver and/or estoppel.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of collateral estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint's claims are barred b relevant statutes of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff mischaracterized the nature of the obligations to which defendant agreed.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages.

## TENTH AFIRMATIAVE DEFENSE

Plaintiff is entitled to no further payments or assets from Schiffman. It has already received payment of assets sufficient to fully repay any obligations originally due.

**WHEREOF**, Defendant Schiffman prays this Court to strike and dismiss Plaintiff's Complaint.

        Respectfully submitted,

        /s/ Thomas J. Scannell
        Scannell & Associates, P.C.
        tomscannell@scannelllaw.com

Thomas J. Scannell
Scannell & Associates, P.C.
9901 S. Western, Suite 205
Chicago, IL 60643
773-233-2100

## CERTIFICATE OF SERVICE

I, Thomas J. Scannell, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing Defendant Alan T. Schiffman's Answer and Affirmative Defenses to Complaint to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all attorneys of record on this 24th day of February, 2010.

/s/ Thomas J. Scannell
Scannell & Associates, P.C.
tomscannell@scannelllaw.com