**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

GE Business Financial Services Inc.
                    Plaintiff,

v.                                                Case No.: 1:09−cv−04368
                                                Honorable Samuel Der−Yeghiayan

Alan T. Schiffman, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 11, 2010:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Motion hearing held. Plaintiff's motion for protective order [49] is entered and continued. The Court will adopt the parties' proposed briefing schedule on Plaintiff's motion for protective order [49]. Defendants' responses shall be filed by 06/25/10 and Plaintiff's reply shall be filed by 07/12/10. The Court will issue its ruling by mail. Plaintiff having filed a motion for summary judgment, the Court will hereby terminate the referral for discovery supervision to the Magistrate Judge at this time. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.